IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. PERSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | 1:10cv01482 DLB<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Document 14) |

On April 26, 2011, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file an opposition to Plaintiff's Opening Brief. The parties' request is GRANTED. Defendant's opposition brief, if any, SHALL be filed on or before May 2, 2011.

IT IS SO ORDERED.

Dated:   **April 26, 2011**            **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE

1